UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO: 8:24-cr-431-SDM-AAS

ELMER MODESTO RODRIGUEZ
AMADOR
_____/

**ORDER**

Elmer Modesto Rodriguez Amador moves (Doc. 33) unopposed to continue the trial from the May 2025 trial calendar to the August 2025 trial calendar. Because defense counsel requires additional time to review discovery, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The unopposed motion to continue (Doc. 33) is **GRANTED**, and the trial is continued to the August 2025 trial calendar. The time from today through August 31, 2025 is "excludable time" under 18 U.S.C. § 3161(h).

ORDERED in Tampa, Florida, on April 17, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE