UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:24-cr-431-SDM-AAS

ELMER MODESTO RODRIGUEZ AMADOR

### JOINT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report.

1. Brief summary of the case's status:   The defendant is charged with aggravated identity theft, false representation of Social Security numbers, and false claims of U.S. citizenship for the purpose of unlawfully obtaining employment. Discovery has been provided.   This is the third status report.   This case is on the Court's August trial calendar.   Doc. 34.

2. Possibility of a plea agreement as to each defendant:   The parties are engaged in plea negotiations.

3. Number of days required for trial:   Four.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination: None.

5. Potential speedy trial problems: None.

The United States has consulted with counsel for the defendant and both parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Christopher F. Murray*
Christopher F. Murray
Assistant United States Attorney
United States Attorney No. 095
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: christopher.murray@usdoj.gov

U.S. v. Elmer Modesto Amador	Case No. 8:24-cr-431-SDM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Phillip Arroyo, Esq.

　　　　　　　　　　　　　　　　　　*/s/ Christopher F. Murray*
　　　　　　　　　　　　　　　　　　Christopher F. Murray
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney No. 095
　　　　　　　　　　　　　　　　　　400 N. Tampa St., Ste. 3200
　　　　　　　　　　　　　　　　　　Tampa, FL 33602-4798
　　　　　　　　　　　　　　　　　　Telephone: (813) 274-6000
　　　　　　　　　　　　　　　　　　Facsimile: (813) 274-6358
　　　　　　　　　　　　　　　　　　E-mail: christopher.murray@usdoj.gov